UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINE THOMAS, as Parent and Natural Guardian of A.T. and individually,<br><br>Plaintiff,<br><br>-v-<br><br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br><br>Defendants. | CIVIL ACTION NO. 26 Civ. 200 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the extended briefing schedule adopted at Dkt. No. 19, the telephone conference previously scheduled for June 11, 2026 at 10:00 a.m. ET to discuss the status of this matter and whether the parties wish to participate in a settlement conference, (Dkt. No. 13), is **ADJOURNED** to **July 6, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
          June 5, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge