UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTINE THOMAS, as Parent and Natural Guardian of A.T. and individually,

Plaintiff,

-v-

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 200 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on July 6, 2026 (the "Conference") to discuss whether the parties wish to participate in a settlement conference, (Dkt. Nos. 13; 20), at which counsel for Plaintiff Martine Thomas, as Parent and Natural Guardian of A.T., and individually ("Plaintiff") appeared, but counsel for Defendants Melissa Aviles-Ramos and New York City Department of Education did not.

As discussed at the Conference, by **July 22, 2026**, counsel for Plaintiff shall email a courtesy electronic copy of the sealed Certified Administrative Record at Dkt. No. 22 to Chambers at cave_nysdchambers@nysd.uscourts.gov.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**