THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

ALFRED MILLER, JR.
*Assistant Corporation Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

August 24, 2026

**BY EFC**
Hon. Sarah L. Cave
United States Magistrate Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Defendants' request at Dkt. No. 27 is **GRANTED**. The amended briefing schedule set forth below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 27.

SO ORDERED. August 24, 2026

Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge

Re: Thomas et. al., v. Melissa Aviles-Ramos et. al. 26-cv-0200

Dear Judge Cave:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the newly-assigned attorney representing Defendants Melissa Aviles-Ramos as Chancellor of the New York City Department of Education and the New York City Department of Education (collectively "City Defendants") in the above-referenced matter.

I write to seek a two week extension—from August 24, 2026 to September 8, 2026—to file the City Defendant's opposition to the Plaintiffs' Motion for Summary Judgement and its cross-motion for summary judgement. City Defendants make this request as the undersigned was recently assigned this matter after the Assistant Corporation Counsel assigned was unexpectedly out of the office on an extended leave. This is the City Defendant's first request for such extension of time to file its opposition and cross-motion.

Counsel for the Plaintiff, Liberty & Freedom Legal Group, consents to the requested extension. As the request effects the briefing schedule, the Parties propose to extend each existing deadline by approximately two weeks. As such, the City Defendants requests the Court amend the briefing schedule as follows:

Defendant's Opposition and Cross-Motion for Summary Judgement: September 8, 2026.
Plaintiffs' Opposition and Reply: September 23, 2026
Defendant's Reply if any: October 16, 2026

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Alfred Miller, Jr
Assistant Corporation Counsel

**VIA ECF ALL COUNSEL**